

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marcus Lance Hattenbach,          \* From the 118th District Court
                                             of Howard County,
                                             Trial Court No. 16495.

Vs. No. 11-23-00219-CR          \* October 3, 2024

The State of Texas,                \* Memorandum Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.